Js-6

| | |
|---|---|
| YOHANNA FLORES, an individual, | Case No. 5:16-CV-00849 JFW (Ex) |
| Plaintiffs, | ORDER ON STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) |
| v. | |
| FORD MOTOR COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive, | Judge:      Hon. John F. Walter<br>Ctrm:      16 |
| Defendant. | Complaint Filed:  April 28, 2016<br>Trial Date:  None Set____ |

On August 24, 2016, plaintiff YOHANA FLORES along with defendant FORD MOTOR COMPANY, entered into a stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

By the stipulation, the Parties agreed that the above-captioned action is voluntarily dismissed with prejudice in its entirety.

Therefore, good cause having been shown and the parties having stipulated to same, the Court hereby makes the following order:

IT IS ORDERED THAT:

1. This entire action is dismissed with prejudice, and each party shall bear their own fees and costs.

Dated: August 25, 2016

JOHN F. WALTER
United States District Court Judge
Central District of California